UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:<br><br>Auditorium Café, Inc.<br>    Debtor | Case No. 21-11172-CJP<br>Chapter 7 |

ORDER APPROVING TRUSTEE'S FINAL REPORT
AND ACCOUNT AFTER DISTRIBUTION,
DISCHARGING TRUSTEE AND CLOSING CASE

The trustee's Final Report and Account After Distribution having been submitted by the trustee to the United States Trustee, along with all canceled checks and ending bank statements reflecting a zero ($0) balance in all estate accounts, and the same having initially been reviewed by the United States Trustee and filed with the Court without objection;

IT IS HEREBY ORDERED THAT the trustee's Final Report and Account After Distribution is **APPROVED**, and further that the trustee is hereby discharged from his duties herein as trustee.

IT IS FURTHER ORDERED THAT this proceeding is closed pursuant to 11 U.S.C. §350(a) and Fed. R. Bankr. P. 5009.

In Boston, in said District, this 25th day of August, 2023.

Christopher J. Panos
United States Bankruptcy Judge